FILED

2025 NOV 20  PM 1: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

Mark Rosenbaum (CA SBN # 59940)
Amanda Mangaser Savage (CA SBN # 325996)
Rebecca Brown (CA SBN # 345805)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
mrosenbaum@publiccounsel.org
asavage@publiccounsel.org
rbrown@publiccounsel.org

*Listing of counsel continued on following page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Antonio PEREZ-FUNEZ; *et al.*<br><br>    Plaintiffs,<br><br>    vs.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No.: CV 81-1457-ER<br><br>**PROOF OF SERVICE UNDER L.R. 5-3.1.2** |

1

Gilbert Paul Carrasco (CA SBN # 90838)
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
Telephone: (503) 990-4879
carrasco@willamette.edu

Peter McGraw*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Telephone: (213) 639-3900
Fax: (213) 639-3911
mcgraw@nilc.org
siegel@nilc.org

*Application for admission *pro hac vice* forthcoming

**PROOF OF SERVICE FOR DOCUMENT**
**NOT ELECTRONICALLY FILED**

On November 20, 2025, I emailed the complete file-stamped copies of Plaintiffs' Motion for Continuance of December 5, 2025, Hearing and for Scheduling of a Status Conference, Declaration of Peter McGraw, and proposed Order on Plaintiffs' Motion for Continuance of December 5, 2025, Hearing and for Scheduling of a Status Conference to counsel for Defendants, Zachary Cardin (zachary.a.cardin@usdoj.gov), Patrick Glen (patrick.glen@usdoj.gov), William Silvis (william.silvis@usdoj.gov), Kristen Giuffreda (kristen.giuffreda@usdoj.gov), and Michael Celone (michael.a.celone@usdoj.gov). Defendants' counsel informed me that they agree to accept service by email.

Also on November 20, 2025, I mailed via certified mail, return receipt requested number 9589-0710-5270-3457-3460-49 the complete file-stamped copies of Plaintiffs' Motion for Continuance of December 5, 2025, Hearing and for Scheduling of a Status Conference, Declaration of Peter McGraw, and proposed Order on Plaintiffs' Motion for Continuance of December 5, 2025, Hearing and for Scheduling of a Status Conference to counsel for Defendants at the following address:

Zachary Cardin
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – General
Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

I declare under penalty or perjury of the laws of the United States of America that the foregoing is true and correct.

/s/ Peter McGraw
Peter McGraw

3