Kevin Siegel
P.O. Box 34573
Washington, D.C. 20043

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Antonio Perez-Funez, et al. <br><br><br> v. <br> U.S. Department of Homeland Security, et al. <br><br><br> Plaintiff(s) <br> Defendant(s). | CASE NUMBER <br><br> 2:81-cv-01457-MWF-E <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Siegel, Kevin                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(213) 639-3900          (213) 639-3911

*Telephone Number*          *Fax Number*

siegel@nilc.org

*E-Mail Address*

NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jose Antonio Perez-Funez, et al.

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Rosenbaum, Mark                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

59940          (213) 385-2977          (213) 385-9089

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mrosenbaum@publiccounsel.org

*E-Mail Address*

PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**