Mark Rosenbaum (CA SBN # 59940)
Amanda Mangaser Savage (CA SBN # 325996)
Rebecca Brown (CA SBN # 345805)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
mrosenbaum@publiccounsel.org
asavage@publiccounsel.org
rbrown@publiccounsel.org

*Listing of counsel continued on following page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Antonio PEREZ-FUNEZ; <br><br> *et al.* <br><br>         Plaintiffs, <br><br>     vs. <br><br> Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, *et al.*, <br><br>        Defendants. | Case No.: 2:81-CV-01457-MWF-E <br><br> **STIPULATION OF BRIEFING SCHEDULE FOR MOTION TO TERMINATE PERMANENT INJUNCTION AND ADVISAL ORDER** <br><br> Hon. Michael W. Fitzgerald <br><br> (Proposed Order filed concurrently) |

1

Gilbert Paul Carrasco (CA SBN # 90838)
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
Telephone: (503) 990-4879
carrasco@willamette.edu

Adam B. Wolfson (CA SBN # 262125)
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
adamwolfson@quinnemanuel.com

Peter McGraw*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Telephone: (213) 639-3900
Fax: (213) 639-3911
mcgraw@nilc.org
siegel@nilc.org

*Admitted *pro hac vice*

2

Plaintiffs, Jose Antonio Perez-Funez *et al*. and the certified class, and Defendants, Kristi Noem, Secretary, U.S. Department of Homeland Security, in her official capacity,[1] (collectively, "the Parties"), by and through their respective counsel, pursuant to Local Rule 7-1 and the Court's order, stipulate and agree as follows:

1. On November 12, 2025, Defendants filed a Motion to Terminate Permanent Injunction and Advisal Order setting a hearing on December 5, 2025. Dkt. 250.

2. On November 19, 2025, Plaintiffs filed a Motion for Continuance of the December 5, 2025, Hearing and for a Status Conference. Dkt. 249.

3. On November 20, 2025, the Court vacated the December 5, 2025, hearing and scheduled a Status Conference to occur on December 1, 2025. Dkt. 252.

4. On December 1, 2025, the Court conducted a Status Conference and ordered counsel for the Parties to confer and agree on a briefing schedule and hearing date for the Motion to Terminate Permanent Injunction and Advisal Order. Dkt. Nos. 257, 258.

5. In order to facilitate submission of thorough response and reply briefs and considering counsel for the Parties' other professional obligations as well as the upcoming holidays, counsel for the Parties stipulate as follows:

- Plaintiffs' Response to Defendants' Motion to Terminate Permanent Injunction and Advisal Order shall be filed no later than January 6, 2026;
- Defendant's Reply to Plaintiffs' Response to Defendants' Motion to Terminate Permanent Injunction and Advisal Order shall be filed no later than January 20, 2026;
- Any sur-replies shall only be filed with prior written order in accordance with Local Rule 7-10; and

---

[1] Defendant Noem, in her official capacity, is substituted pursuant to FED. R. CIV. P. 25(d).

- The hearing on Defendant's Motion to Terminate Permanent Injunction and Advisal Order shall occur on January 26, 2026, or the Court's earliest available setting.

6. The Parties respectfully request that the Court approve these stipulations. A proposed order setting out the above-described briefing schedule and hearing date is filed concurrently with this stipulation.

IT IS SO STIPULATED.

DATED: December 3, 2025          BRETT A. SHUMATE
                                 Assistant Attorney General
                                 DREW C. ENSIGN
                                 Deputy Assistant Attorney
                                 Civil Division
                                 WILLIAM C. SILVIS
                                 Assistant Director

                                 KRISTEN GIUFFREDA
                                 PATRICK GLEN
                                 MICHAEL CELONE
                                 Senior Litigation Counsel

                                 /s/ Zachary Cardin
                                 ZACHARY CARDIN
                                 Trial Attorney
                                 United States Department of Justice
                                 Office of Immigration Litigation
                                 Litigation and Appeals Section
                                 P.O. Box 878, Ben Franklin Station
                                 Washington DC 20044
                                 (202) 802-3410
                                 zachary.a.cardin@usdoj.gov

                                 COUNSEL FOR DEFENDANT

DATED: December 3, 2025

/s/ Mark Rosenbaum
Mark Rosenbaum (CA SBN # 59940)
Amanda Mangaser Savage (CA SBN # 325996)
Rebecca Brown (CA SBN # 345805)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
mrosenbaum@publiccounsel.org
asavage@publiccounsel.org
rbrown@publiccounsel.org

Gilbert Paul Carrasco (CA SBN # 90838)
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
Telephone: (503) 990-4879
carrasco@willamette.edu

Adam B. Wolfson (CA SBN # 262125)
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
adamwolfson@quinnemanuel.com

Peter McGraw*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Telephone: (213) 639-3900
Fax: (213) 639-3911
mcgraw@nilc.org
siegel@nilc.org

* Admitted *pro hac vice*
COUNSEL FOR PLAINTIFFS

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Rebecca Brown hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

## CERTIFICATE OF SERVICE

I certify that on December 3, 2025, I electronically filed the foregoing Stipulation of Briefing Schedule for Motion to Terminate Permanent Injunction and Rights Advisal with the Clerk of the Court by using the CM/ECF system, which will provide electronic service pursuant to Local Rule 5-3.2.1 to the following attorneys of record:

ZACHARY CARDIN
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington DC 20044
(202) 802-3410
zachary.a.cardin@usdoj.gov

*Rebecca Brown*
Rebecca Brown

6