**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jose Antonio PEREZ-FUNEZ; *et al.*

      Plaintiffs,

    vs.

Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, *et al*.,

      Defendants.

Case No.: 2:81-CV-01457-MWF-E

**[PROPOSED] ORDER APPROVING STIPULATION OF BRIEFING SCHEDULE FOR MOTION TO TERMINATE PERMANENT INJUNCTION AND ADVISAL ORDER**

Hon. Michael W. Fitzgerald

**ORDER APPROVING STIPULATION OF BRIEFING SCHEDULE**

Upon consideration of the Parties' Stipulation Briefing Schedule for Motion to Terminate Permanent Injunction and Advisal Order, the Court hereby APPROVES the Parties' stipulations and enters the following order:

1.   Plaintiffs' Response to Defendants' Motion to Terminate Permanent Injunction and Advisal Order shall be filed no later than January 6, 2026;

2.   Defendant's Reply to Plaintiffs' Response to Defendants' Motion to Terminate Permanent Injunction and Advisal Order shall be filed no later than January 20, 2026;

3.   Any sur-replies shall only be filed with prior written order in accordance with Local Rule 7-10; and

IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Terminate Permanent Injunction and Advisal Order is scheduled in this action to occur on the _____ day of _____, 2026 at _____

1

__.M. PST to take place in Courtroom 5-A at the United States Courthouse for the Central District of California located at 350 West First Street, Los Angeles, California 90012.

    IT IS SO ORDERED.

DATED: _____          _____
                                  Honorable Michael W. Fitzgerald