**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO PEREZ-FUNEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, et al.,<br><br>Defendants. | Case No. CV 81-1457-MWF(Ex)<br><br>ORDER GRANTING STIPULATION OF BRIEFING SCHEDULE FOR MOTION TO TERMINATE PERMANENT INJUNCTION AND ADVISAL ORDER |

The Court has considered the Stipulation of Briefing Schedule for Motion to Terminate Permanent Injunction and Advisal Order (the "Stipulation"). (Docket No. 261). For good cause shown, the Stipulation is GRANTED, and the Court ORDERS as follows:

1. The hearing on Defendant's Motion to Terminate Permanent Injunction and Advisal Order (the "Motion" (Docket No. 250)) is CONTINUED to **February 2, 2026, at 10:00 a.m.**

2. Plaintiff's Opposition to the Motion shall be filed no later than January 6, 2026.

3. Defendant's Reply in support of the Motion shall be filed no later than January 20, 2026.

-1-

4. Any sur-replies may only be filed with prior written order in accordance with Local Rule 7-10.

The parties should familiarize themselves with this Court's procedures and schedules.  The Court did not receive the word-processing version of this proposed Order as required by Local Rule 5-4-4.  *See* https://www.cacd.uscourts.gov/e-filing/proposed-documents and https://apps.cacd.uscourts.gov/Jps/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.

Dated:  December 4, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge