Mark Rosenbaum (CA SBN # 59940)
Amanda Mangaser Savage (CA SBN # 325996)
Rebecca Brown (CA SBN # 345805)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
mrosenbaum@publiccounsel.org
asavage@publiccounsel.org
rbrown@publiccounsel.org

*Listing of counsel continued on following page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Antonio PEREZ-FUNEZ; *et al*. <br><br> Plaintiffs, <br><br> vs. <br><br> Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, *et al*., <br><br> Defendants. | Case No.: 81 CV-01457-MWF(Ex) <br><br> **STIPULATION OF BRIEFING SCHEDULE FOR CROSS-MOTION TO MODIFY INJUNCTION AND MOTION FOR LEAVE TO CONDUCT DISCOVERY** <br><br> Hon. Michael W. Fitzgerald <br><br> (Proposed Order filed concurrently) |

1

Gilbert Paul Carrasco (CA SBN # 90838)
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
Telephone: (503) 990-4879
carrasco@willamette.edu

Adam B. Wolfson (CA SBN # 262125)
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
adamwolfson@quinnemanuel.com

Peter McGraw*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Telephone: (213) 639-3900
Fax: (213) 639-3911
mcgraw@nilc.org
siegel@nilc.org

*Admitted *pro hac vice*

2

Plaintiffs, Jose Antonio Perez-Funez, *et al.* and the certified class, and Defendants, Kristi Noem, Secretary, U.S. Department of Homeland Security, in her official capacity, (collectively, "the Parties"), by and through their respective counsel, pursuant to Local Rule 7-1 and the Court's order, stipulate and agree as follows:

1.  On November 12, 2025, Defendants filed a Motion to Terminate Permanent Injunction and Advisal Order ("Motion to Terminate"). Dkt. 250. The Parties stipulated to a hearing date and briefing schedule regarding Defendants' motion, Dkt. 261, and, on December 8, 2025, the Court approved the Parties' stipulations and set the following deadlines:

- The hearing on Defendants' Motion to Terminate is continued to February 2, 2026, at 10:00 a.m.;
- Plaintiffs' Opposition to Defendants' Motion to Terminate shall be filed no later than January 6, 2026;
- Defendants' Reply in support of the Motion to Terminate shall be filed no later than January 20, 2026. Dkt. 262.

2.  Plaintiffs intend to file a cross-motion seeking to modify the permanent injunction in this matter ("Cross-Motion to Modify") and a motion seeking leave to conduct reasonable discovery ("Motion for Discovery"). Through various phone calls, including on December 1, 2025, and on December 5, 2025, as well as email correspondence, counsel for the Parties have conferred regarding these motions. Defendants are opposed to both motions.

3.  In order to facilitate an efficient resolution of the Cross-Motion to Modify, Motion for Discovery, as well as the pending Motion to Terminate, the Parties stipulate to the following briefing schedule and hearing date for Plaintiffs' motions:

- Plaintiffs' Cross-Motion to Modify and Motion for Discovery shall be filed no later than January 6, 2026;

3

- Defendants' Oppositions to Plaintiffs' Cross-Motion to Modify and Motion for Discovery shall be filed no later than January 20, 2026;
- Plaintiffs' Replies in support of their Cross-Motion to Modify and Motion for Discovery shall be filed no later than January 27, 2026;
- Any sur-replies shall only be filed with prior written order in accordance with Local Rule 7-10; and
- The hearing on Plaintiffs' Cross-Motion to Modify and Motion for Discovery shall occur on February 2, 2026, at 10:00 a.m.

4.  The Parties respectfully request that the Court approve these stipulations. A proposed order setting out the above-described briefing schedule and hearing date is filed concurrently with this stipulation.

DATED: December 17, 2025            BRETT A. SHUMATE
                                    Assistant Attorney General
                                    DREW C. ENSIGN
                                    Deputy Assistant Attorney General
                                    Civil Division
                                    WILLIAM C. SILVIS
                                    Assistant Director
                                    MICHAEL CELONE
                                    Senior Litigation Counsel

                                    */s/ Zachary Cardin*
                                    ZACHARY CARDIN
                                    Trial Attorney
                                    United States Department of Justice
                                    Office of Immigration Litigation
                                    Litigation and Appeals Section
                                    P.O. Box 878, Ben Franklin Station
                                    Washington DC 20044
                                    (202) 802-3410
                                    zachary.a.cardin@usdoj.gov

                                    COUNSEL FOR DEFENDANTS

DATED: December 17, 2025

/s/ Peter McGraw
Peter McGraw*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Telephone: (213) 639-3900
Fax: (213) 639-3911
mcgraw@nilc.org
siegel@nilc.org

Mark Rosenbaum (CA SBN # 59940)
Amanda Mangaser Savage (CA SBN # 325996)
Rebecca Brown (CA SBN # 345805)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
mrosenbaum@publiccounsel.org
asavage@publiccounsel.org
rbrown@publiccounsel.org

Gilbert Paul Carrasco (CA SBN # 90838)
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
Telephone: (503) 990-4879
carrasco@willamette.edu

Adam B. Wolfson (CA SBN # 262125)
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
adamwolfson@quinnemanuel.com

* Admitted pro hac vice
COUNSEL FOR PLAINTIFFS

5

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Peter McGraw hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

## CERTIFICATE OF SERVICE

I certify that on December 17, 2025, I electronically filed the foregoing Stipulation of Briefing Schedule for Cross-Motion to Modify Injunction and Motion for Leave to Conduct Discovery with the Clerk of the Court by using the CM/ECF system, which will provide electronic service pursuant to Local Rule 5-3.2.1 to the following attorneys of record:

ZACHARY CARDIN
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington DC 20044
(202) 802-3410
zachary.a.cardin@usdoj.gov

*Peter McGraw*
Peter McGraw