**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jose Antonio PEREZ-FUNEZ; *et al*.

      Plaintiffs,

    vs.

Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, *et al*.,

      Defendants.

Case No.: CV 81-01457-MWF(Ex)

**[PROPOSED] ORDER APPROVING STIPULATION OF BRIEFING SCHEDULE FOR CROSS-MOTION TO MODIFY INJUNCTION AND MOTION FOR LEAVE TO CONDUCT DISCOVERY**

Hon. Michael W. Fitzgerald

**ORDER APPROVING STIPULATION OF BRIEFING SCHEDULE**

Upon consideration of the Parties' Stipulation of Briefing Schedule for Plaintiffs' Cross-Motion to Modify Injunction and Motion for Leave to Conduct Discovery, the Court hereby APPROVES the Parties' stipulations and enters the following order:

1. The hearing on Plaintiffs' Cross-Motion to Modify Permanent Injunction and Motion for Leave to Conduct Discovery will occur on **February 2, 2026, at 10:00 a.m.**;

2. Plaintiffs' Cross-Motion to Modify Permanent Injunction and Motion for Leave to Conduct Discovery shall be filed no later than January 6, 2026;

3. Defendants' Opposition to Plaintiffs' Cross-Motion to Modify Permanent Injunction and Opposition to Motion for Leave to Conduct Discovery shall be filed no later than January 20, 2026;

4. Plaintiffs' Reply in support of their Cross-Motion to Modify Permanent Injunction and Motion for Leave to Conduct Discovery shall be filed no

later than January 27, 2026; and

5.   Any sur-replies shall only be filed with prior written order in accordance with Local Rule 7-10.

IT IS SO ORDERED.

DATED: _____          _____
                                 MICHAEL W. FITZGERALD
                                 United States District Judge