**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO PEREZ-FUNEZ, | Case No. CV 81-1457-MWF(Ex) |
| Petitioner, | ORDER GRANTING STIPULATION OF BRIEFING SCHEDULE FOR PLAINTIFFS' CROSS-MOTION TO MODIFY INJUNCTION AND MOTION FOR LEAVE TO CONDUCT DISCOVERY; ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO TERMINATE PERMANENT INJUNCTION AND ADVISAL ORDER |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, et al., | |
| Defendants. | |

The Court has considered the Stipulation of Briefing Schedule for Plaintiffs' Cross-Motion to Modify Injunction and Motion for Leave to Conduct Discovery (the "Stipulation"). (Docket No. 263). For good cause shown, the Stipulation is **GRANTED**, and the Court **ORDERS** as follows:

1. Plaintiffs' Cross-Motion to Modify Permanent Injunction and Motion for Leave to Conduct Discovery (the "Cross-Motion") shall be filed no later than January 6, 2026, and noticed for hearing on **February 9, 2026, at 10:00 a.m.**

2. Defendants' Opposition to the Cross-Motion shall be filed no later than January 20, 2026.

3. Plaintiffs' Reply in support of the Cross-Motion shall be filed no later than January 27, 2026.

4. Any sur-replies may only be filed with prior written order in accordance with Local Rule 7-10.

5. The hearing on Defendant's Motion to Terminate Permanent Injunction and Advisal Order (Docket No. 250) is **CONTINUED** from February 2, 2026, to **February 9, 2026, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  December 17, 2025

_____

MICHAEL W. FITZGERALD
United States District Judge