Richard A. Koffman
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, #800
Washington, DC 20005

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Antonio Perez-Funez, et al. | CASE NUMBER |
| Plaintiff(s) | 2:81-cv-01457 |
| v. | |
| U.S. Department of Homeland Security, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Koffman, Richard A.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-408-4600

*Telephone Number*    *Fax Number*

rkoffman@cohenmilstein.com

*E-Mail Address*

Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., #800
Washington, D.C. 20005

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jose Antonio Perez-Funez, et al.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Brown, Rebecca    of

*Designee's Name (Last Name, First Name & Middle Initial)*

345805    (213) 385-2977    (213) 385-9089

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

rbrown@publiccounsel.org

*E-Mail Address*

Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

　　　　 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　 ☐ for failure to complete Application: _____

　　　　 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**