Mark Rosenbaum (CA SBN # 59940)
Amanda Mangaser Savage (CA SBN # 325996)
Rebecca Brown (CA SBN # 345805)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
mrosenbaum@publiccounsel.org
asavage@publiccounsel.org
rbrown@publiccounsel.org

*Listing of counsel continued on following page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jose Antonio PEREZ-FUNEZ, *et al*.

       Plaintiffs,

     vs.

U.S. Department of Homeland Security, *et al*.,

       Defendants.

Case No.: CV 81-1457-MWF(Ex)

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TERMINATE PERMANENT INJUNCTION AND ADVISAL ORDER**

Date: February 9, 2026
Time: 10:00 a.m.
Place: TBD
Judge: Honorable Michael W. Fitzgerald

Gilbert Paul Carrasco (CA SBN # 90838)
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
Telephone: (503) 990-4879
carrasco@willamette.edu

Adam B. Wolfson (CA SBN # 262125)
Paulina Slagter (CA SBN # 318559)
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
adamwolfson@quinnemanuel.com
paulinaslagter@quinnemanuel.com

Peter McGraw*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Telephone: (213) 639-3900
Fax: (213) 639-3911
mcgraw@nilc.org
siegel@nilc.org

Richard A. Koffman**
Alex Bodaken**
Nina L. Haug**
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
rkoffman@cohenmilstein.com
abodaken@cohenmilstein.com
nhaug@cohenmilstein.com

Diane Kee***
COHEN MILSTEIN SELLERS & TOLL PLLC
100 N. 18th St., Suite 1820

Philadelphia, PA 19103
Telephone: (267) 479-5700
dkee@cohenmilstein.com


*Admitted *pro hac vice*

** Application for *pro hac vice* admission pending

*** Application for *pro hac vice* admission forthcoming

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TERMINATE PERMANENT INJUNCTION AND ADVISAL ORDER**

Defendants' Motion to Terminate the Permanent Injunction and Advisal Order came on regularly for hearing on February 9, 2026.

The Court, having read and considered the parties' respective memoranda and evidence in support of and in opposition to Plaintiffs' motion, and having heard oral argument from counsel, enters the following order:

**IT IS HEREBY ORDERED THAT** Defendants' motion is **DENIED**.

Dated: _____, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

1