# EXHIBIT 3

FORM I-770, Notice of Rights and Disposition

**Departamento de Seguridad Nacional**                                          Aviso de los Derechos y Disposición

| Nombre del Extranjero: | FINS #:1387133207 | Número del Extranjero: | Event No: |
|---|---|---|---|
| ▮ | | A- ▮ | LRN2509000104 |

### Sus Derechos

Usted ha sido arrestado, porque agentes del Departamento de Seguridad Nacional creen que usted está ilegalmente en los Estados Unidos. Al ser arrestado, usted tiene ciertos derechos. Nadie puede negarle estos derechos. Este aviso le explica cuales son sus derechos.

### El Derecho de Usar el Teléfono

Usted tiene el derecho de llamar a su madre o padre, o otro pariente que sea un adulto. Usted puede llamar a un amigo adulto. Si usted no sabe usar el teléfono, un agente del Departamento de Seguridad Nacional le ayudará.

### El Derecho de ser Representado por un Abogado

Adjunto a este aviso, se encuentra una lista de abogados que pueden hablar con usted y ayudarlo sin costo alguno. El abogado le puede explicar todos sus derechos, y puede representarle en su audiencia.

### El Derecho a una Audiencia ante un Juez Inmigración

El Juez decidirá si usted debe salir o puede quedarse en Los Estados Unidos. Si por alguna razón no desea regresar a su país, o tiene miedo de regresar, usted puede pedir una audiencia ante el Juez de Inmigración.

Si usted no desea una audiencia ante el Juez, usted puede escoger regresar a su país.

**Lectura de este Aviso:**
- ☒ He leído este aviso.
- ☒ Este aviso me ha sido leído.

**Derecho de Usar el Teléfono:**
- ☒ Me he comunicado con mis padres o guardián legal.
- ☐ Me he comunicado con un amigo o pariente adulto.
- ☐ No deseo hablar con nadie por teléfono.

Completar lo siguiente es opcional:
Parentesco de la persona a quien usted llamó.
**Parent-in-Law**
Nombre de la persona a quien usted llamó.
▮

**Derecho a Ser Representado por un Abogado:**
- ☐ He hablado con un abogado.
- ☒ No deseo hablar con un abogado.

**Derecho a una Audiencia:**
- ☒ Entiendo mi derecho a una audiencia ante el Juez de Inmigración.

☐ **Deseo una audiencia ante el juez.**

Firma: _____    Fecha: _____

☒ **No deseo una audiencia ante el juez.**
Estoy en los Estados Unidos ilegalmente y deseo regresar a mi país.

País: ▮

Firma: ▮    Fecha: ▮

Form I-770 (08/01/07) (Spanish) (Prior editions may not be used)

## INSTRUCTIONS TO OFFICERS

This advisal is required to be given to all persons who are taken into custody and who appear, are known, or claim to be under the age of eighteen and who are not accompanied by one of their natural or lawful parents. No such person can be offered or permitted to depart voluntarily from the United States except after having been given this notice.

The required procedure distinguishes between two classes of minors.

1) The first class are those minors apprehended in the immediate vicinity of the border and who permanently reside in Canada or Mexico. These persons shall be informed that they have a right to make a telephone call to any of the persons mentioned in the notice. The purpose of this call is so that they can seek advice as to whether they should voluntarily depart or whether they should request a deportation hearing. We are required to make a record of any refusal to accept our offer of a telephone call.

2) As to all other minors, **they must not only be given access to a telephone, they must establish communication, telephonic or otherwise, with one of the persons listed in the notice** before they can be offered voluntary departure.

The DHS retains the right to decide when to allow telephone calls. The only prohibition is that the minor cannot be asked to voluntarily depart until after telephone access is provided. If the minor is not offered voluntary departure but is put into deportation proceedings by issuance of a Notice to Appear, this procedure is not necessary. It is our duty to make reasonable efforts to contact the person of the minor's choice, but after unsuccessful efforts to reach that person, we can facilitate contact with another such person. Whenever the minor elects to pursue a process, such as a call to a foreign country, which is operationally unacceptable, we can always proceed to issue a Notice to Appear.

The minor must tell the type of person that he/she talked to but need not give us that person's name or identifying information. If a minor, *of his/her own volition,* asks to contact a consular officer, this will satisfy the requirements of the notice.

The officer need not read the notice to the minor unless the minor is under 14 years of age, or unable to understand the notice. The officer must ask the minor whether he/she wanted to make a call, whether a communication was made and, if made, to whom. The officer must also verify whether the minor wanted voluntary departure or a hearing, and must sign and date the form to show this was done.

**Officers are not to offer any advice to any minor as to what he/she should or should not do.**

### To be completed by the Officer:

I verify that: ███████████████    A- ███████████████

1.a. [x] The subject named was given this notice to read.
  b. [x] I read this notice to the name subject in the following language: Spanish

2.  [x] I asked this subject whether he/she wanted to make a telephone call, and offered assistance in the use of the telephone.

3.a. [ ] The subject told me that he/she did not want to make a telephone call, or
  b. [x] The subject told me that he/she established communication and the form was marked to indicate it;
  c. [ ] The subject was unable to establish telephone communication with the desired individual. The following number of attempts were made: 0

4.a. [ ] The subject requested a hearing.
  b. [x] The subject admitted deportability and requested to return to his/her country voluntarily, without a hearing.

5.a. [ ] A Notice to Appear was issued because, the subject was unable to establish contact with any of the individuals specified after making the number of attempts indicated above (Item 3 c), and after assistance to establish contact was given or offered.

ROGER RAMIREZ
ROGER RAMIREZ
Date: 2025.09.15 19:33:31
0676644153 CBP
Signature of Officer                                          September 16, 2025
                                                              Date

Form I-770 (08/01/07) (Prior editions may not be used)    Page 2 of 2

**Department of Homeland Security**

**Notice of Rights and Disposition**

| Alien's Name: [REDACTED] | **FINS #:** 1387133207 | Alien Number: A-[REDACTED] | **Event #:** LRN2509000104 |
|---|---|---|---|

**Your Rights**

You have been arrested because Department of Homeland Security officers believe you are in the United States illegally. When you are arrested, you have certain rights. No one can deny you these rights. This notice explains your rights.

**The Right to Use a Telephone**

You have the right to call your mother or father, or another adult relative. You can call an adult friend. If you do not know how to use a telephone, a Department of Homeland Security officer will help you.

**The Right to be Represented by a Lawyer**

Attached to this notice is a list of lawyers who can talk to you, and help you, at no charge. A lawyer can explain all your rights, and can represent you at your hearing.

**The Right to a Hearing Before an Immigration Judge**

The judge will decide if you must leave, or can stay in the United States. If for any reason you do not want to return to your country, or are afraid to return, you can ask for a hearing before an Immigration Judge.

If you do not want to have a hearing before a judge, you can choose to return to your country.

**Reading this Notice:**
- ☒ I have read this notice.
- ☒ This notice has been read to me.

**Right to Use a Telephone:**
- ☒ I have contacted my parents or legal guardian.
- ☐ I have contacted an adult friend or relative.
- ☐ I do not want to talk to anyone on the telephone.

**Right to be Represented by a Lawyer:**
- ☐ I have talked to a lawyer.
- ☒ I do not want to talk to a lawyer.

**Right to a Hearing:**
- ☒ I understand my right to a hearing before an Immigration Judge.

| **Completion of the following is optional:** |
|---|
| Relationship to the person you called: |
| Parent-in-law |
| Name of the person you called: |
| [REDACTED] |

☐ **I would like to have a hearing before a judge.**

*Signature:* _____    Date: _____

☒ **I do not want to have a hearing before a judge.**
I am in the United States illegally, and would like to return to my country.

Country: ____[REDACTED]_____

*Signature:* _____[REDACTED]_____    Date: _____[REDACTED]_____

Form I-770 (08/01/07) (Spanish) (Prior editions may not be used)

# Certified Translation

This declaration certifies the accuracy of the translation named below:

EN_I-770 Page 1.pdf

The documents listed above were translated by an ATA, Federal Court, State Court, United Nations*, or otherwise qualified linguist. These documents are, to the best of my knowledge, complete, faithful, and accurate.

_____    1/6/2026
Florencia Russ, Transcend                                                    Date

*ATA formulates and maintains standards of professional ethics, practices, competence and quality of translation services. ATA accreditation is a testament to a translator's professional competence, as is Federal Court Certification, State of California Certification, and United Nations Affiliation.



1520 Covell Blvd., Ste. 5
Davis, California 95616
Phone: 530.756.5834
end@transcend.net
www.transcend.net