Mark Rosenbaum (CA SBN # 59940)
Amanda Mangaser Savage (CA SBN # 325996)
Rebecca Brown (CA SBN # 345805)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
mrosenbaum@publiccounsel.org
asavage@publiccounsel.org
rbrown@publiccounsel.org

*Listing of counsel continued on following page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jose Antonio PEREZ-FUNEZ, *et al*. <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. Department of Homeland Security, *et al*., <br><br> Defendants. | Case No.: CV 81-1457-MWF(Ex) <br><br> **[PROPOSED] ORDER MODIFYING INJUNCTION AND GRANTING LEAVE TO CONDUCT DISCOVERY** <br><br> Date: February 9, 2026 <br> Time: 10:00 a.m. <br> Place: TBD <br> Judge: Honorable Michael W. Fitzgerald |

i

Gilbert Paul Carrasco (CA SBN # 90838)
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
Telephone: (503) 990-4879
carrasco@willamette.edu

Adam B. Wolfson (CA SBN # 262125)
Paulina Slagter (CA SBN # 318559)
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
adamwolfson@quinnemanuel.com
paulinaslagter@quinnemanuel.com

Peter McGraw*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street, Suite 200
Washington, D.C. 20005
Telephone: (213) 639-3900
Fax: (213) 639-3911
mcgraw@nilc.org
siegel@nilc.org

Richard A. Koffman**
Alex Bodaken**
Nina L. Haug**
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
rkoffman@cohenmilstein.com
abodaken@cohenmilstein.com
nhaug@cohenmilstein.com

Diane Kee***
COHEN MILSTEIN SELLERS & TOLL PLLC
100 N. 18th St., Suite 1820

2

Philadelphia, PA 19103
Telephone: (267) 479-5700
dkee@cohenmilstein.com

*Counsel for Plaintiffs*

\*Admitted *pro hac vice*

\*\* Application for *pro hac vice* admission submitted

\*\*\* Application for *pro hac vice* admission forthcoming

## [PROPOSED] ORDER MODIFYING INJUNCTION AND GRANTING LEAVE TO CONDUCT DISCOVERY

Plaintiffs' Cross-Motion to Modify the Permanent Injunction and for Leave to Conduct Discovery came on regularly for hearing on February 9, 2026.

The Court, having read and considered the parties' respective memoranda and evidence in support of and in opposition to Plaintiffs' motions, and having heard oral argument from counsel, now **GRANTS** Plaintiffs' motions.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.    Pursuant to Federal Rule of Civil Procedure 60(b)(5), the Permanent Injunction entered in this action on September 30, 1985 (reported at 619 F. Supp. 656) is modified as follows:

      a.    Defendants are hereby enjoined from providing the advisal known as the "UAC Processing Pathway Advisal," on its own or in combination with Form I-770, to any class member in their custody;

      b.    Defendants are further enjoined from providing any other advisal that fails to meet the requirements of the Permanent Injunction, of 8 U.S.C. § 1232, or of 8 C.F.R. § 1236.3(g)-(h), on its own or in combination with Form I-770, to any class memberin their custody.

2.    Plaintiffs are granted leave of Court to conduct post-judgment discovery regarding Defendants' compliance with the Permanent Injunction and Defendants' purported equitable factors that may make continued compliance with the injunction in its current form unnecessarily onerous, unworkable, or detrimental to the public interest. Plaintiffs shall serve post-judgment discovery requests by _____. Defendants shall respond by _____.

Dated: _____, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

1