Name and address:

Diane Kee
Cohen Milstein Sellers & Toll PLLC
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Antonio Perez-Funez, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. Department of Homeland Security, et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:81-cv-01457<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE*** |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $450 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Kee, Diane
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Cohen Milstein Sellers & Toll PLLC
_____
*Firm/Agency Name*

100 N. 18th Street, Suite 1820          267-479-5714          267-479-5701
_____   _____   _____
                                        *Telephone Number*      *Fax Number*

_____
*Street Address*

Philadelphia, PA 19103          dkee@cohenmilstein.com
_____   _____
*City, State, Zip Code*                   *E-mail Address*

**I have been retained to represent the following parties:**

Jose Antonio Perez-Funez, et al.          ■ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
_____   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
_____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| District of Columbia | 11/29/21 | Yes |
| Commonwealth of Pennsylvania | 1/12/24 | Yes |
| Eastern District of Michigan | 8/11/23 | Yes |

G-64 (10/25)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   01/07/25

Diane Kee
_____
*Applicant's Name (please type or print)*

*Diane Kee*
_____
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Brown, Rebecca

*Designee's Name (Last Name, First Name & Middle Initial)*

Public Counsel

*Firm/Agency Name*

610 South Ardmore Avenue

*Street Address*

Los Angeles, CA 90005

*City, State, Zip Code*

213-385-2977

*Telephone Number*

213-385-9089

*Fax Number*

rbrown@publiccounsel.org

*Email Address*

345805

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated ____January 7, 2026____

REBECCA BROWN

*Designee's Name (please type or print)*

/s Rebecca Brown

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Bar Admissions
U.S. Court of Appeals for the Eleventh Circuit, Date of Admission: 06/03/2022, Active



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Diane Kee

*was duly qualified and admitted on November 29, 2021 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on December 31, 2025.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Diane Kee, Esq.*

**DATE OF ADMISSION**

**January 12, 2024**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 6, 2026**

Nicole Traini
Chief Clerk