Diane Kee
Cohen Milstein Sellers & Toll PLLC
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jose Antonio Perez-Funez, et al.

v.                                    Plaintiff(s)

U.S. Department of Homeland Security, et al.

Defendant(s).

CASE NUMBER

2:81-cv-01457

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kee, Diane                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

267-479-5714                267-479-5701

*Telephone Number*        *Fax Number*

dkee@cohenmilstein.com

*E-Mail Address*

Cohen Milstein Sellers & Toll PLLC
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jose Antonio Perez-Funez, et al.

*Name(s) of Party(ies) Represented*                ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Brown, Rebecca                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

345805              (213) 385-2977        (213) 385-9089

*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

rbrown@publiccounsel.org

*E-Mail Address*

Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**