

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ANTONIO PEREZ-FUNEZ,                )     NO. CV 81-1457-ER
                                         )
        Plaintiff/Petitioner,            )
                                         )
        v.                               )
                                         )
DISTRICT DIRECTOR, IMMIGRATION AND)
NATURALIZATION SERVICE, DAVID    )
CROSLAND,                                )
                                         )
        Defendants/Respondents.          )
_____)     CONSOLIDATED WITH
                                         )
YANIRA PENA, CLAUDIA PENA,               )     NO. CV 81-1932-CBM
                                         )
            Plaintiffs,                  )
                                         )
            v.                           )
                                         )     J U D G M E N T
IMMIGRATION AND NATURALIZATION   )
SERVICE, MICHAEL LANDON, ALAN    )
NELSON,                                  )
                                         )
        Defendants.                      )
_____)

        This action came on for trial before the Honorable Edward Rafeedie, United States District Judge, and the issues having been duly tried and a decision having been duly rendered,

        **IT IS ORDERED AND ADJUDGED THAT;**

        (1)  Defendant Immigration and Naturalization

-1-

Service's policies and practices violated the constitutional rights of plaintiff class and defendant is enjoined from returning to those procedures;

(2) Defendants are permanently enjoined in the manner set forth in the Court's Memorandum Opinion.

The Court further orders the Clerk to serve copies of this Judgment on all parties by United States Mail.

DATED: September 30 , 1985.

_____
EDWARD RAFEEDIE

United States District Judge