

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO PEREZ-FUNEZ, *et al.*, | Case No: 2:81-cv-01457-MWF-E |
| Plaintiffs, | **MODIFIED PERMANENT INJUNCTION** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

On April 6, 2026, the Court **GRANTED** Plaintiffs' Cross-Motion to Modify Injunction (Docket No. 269).

Pursuant to Rules 60 and 65 of the Federal Rules of Civil Procedure, the Permanent Injunction entered in this action on September 30, 1985 (reported at 619 F. Supp. 656) is **MODIFIED** as follows:

Defendant United States Department of Homeland Security and its officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with them, are **ENJOINED** from providing the UAC Processing Pathway Advisal, in written or oral form, on its own or in combination with Form I-770, to any class member in their custody.

This modification takes effect in addition to the terms identified in the Court's previous Order Re Advisal, filed in this action on May 16, 1986.  (Docket No. 240).  Pursuant to that Order, Defendants shall comply with the Order of the Court reported at 619 F. Supp. 656, 670, as supplemented by the Order of February 20, 1986 (Docket No. 232), and the Order Re Advisal.

Dated:  April 6, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
MODIFIED PERMANENT INJUNCTION