BRETT A. SHUMATE
Assistant Attorney General
Civil Division
TYLER BECKER
Counsel to the Assistant Attorney General
WILLIAM C. SILVIS (DCBN 485572)
Assistant Director
MICHAEL A. CELONE (MDBN 1312170145)
Senior Litigation Counsel
ZACHARY A. CARDIN (MDBN 1812110052)
OLEKSIY ISAEV (SC 107652)
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 802-3140
Zachary.a.cardin@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| JOSE ANTONIO PEREZ-FUNEZ, *ET AL.*, | Case No. 2:81-cv-01457-MWF |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *ET AL.*, | Hon. Michael Fitzgerald United States District Judge |
| Defendants. | |

DEFENDANTS' NOTICE OF APPEAL

2:81-CV-01457- MWF                                        1

Defendants, United States Department of Homeland Security, et al., hereby appeal from this Court's April 6, 2026 order denying Defendants' Motion To Terminate Permanent Injunction and Advisal Order, ECF No. 288, and from this Court's April 6, 2026 Order Granting in Part Plaintiffs' Cross Motion to Modify the Injunction, ECF No. 289, and from this Court's April 6, 2026 Modified Permanent Injunction Order, ECF No. 290, to the United States Court of Appeals for the Ninth Circuit.

DATED: May 1, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

OLEKSIY ISAEV
Trial Attorney

/s/ Zachary Cardin
ZACHARY A. CARDIN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 802-3140
Zachary.a.cardin@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF APPEAL

2:81-CV-01457- MWF                    2

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Zachary Cardin*
Zachary Cardin
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation

*Attorney for Defendants*

DEFEDANTS' NOTICE OF APPEAL

2:81-CV-01457- MWF